UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**ANITA MONTALBO,**

    **Plaintiff,**

**v.**                                                     **Case No: 5:15-cv-482-Oc-32PRL**

**KOHL'S DEPARTMENT STORES, INC.**

    **Defendant.**

## ORDER

Upon referral, this action comes before the Court for consideration of the parties' agreed motion to vacate the Clerk's Entry of Default. (Doc. 7). The parties recite that the Defendant's default arose due to a clerical oversight, and the parties agree that good cause exists to vacate the Clerk's entry of default as to Defendant.

Accordingly, the parties' motion is **GRANTED** (Doc. 7). Upon good cause shown and pursuant to Federal Rule of Civil Procedure 55(c), the Clerk's Entry of Default (Doc. 6) is hereby set aside.

**DONE** and **ORDERED** in Ocala, Florida on December 7, 2015.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties