## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**ANITA MONTALBO,**

      **Plaintiff,**

v.                                         **Case No: 5:15-cv-482-Oc-32PRL**

**KOHL'S DEPARTMENT STORES,**
**INC.**

      **Defendant.**

_____

## ORDER

This case is before the Court for consideration of Defendant's unopposed motions for counsel to appear *pro hac vice*.   Defendant has filed motions requesting that the Court enter an order allowing non-resident counsel Michael A. Innes and Lauri Mazzuchetti to appear *pro hac vice*.   (Docs. 18 & 19).

The motions to appear *pro hac vice* (Docs. 18 & 19) are **GRANTED**, provided counsel **shall register for and use the electronic filing system** as adopted by the Court.   After this Order, the Clerk will no longer send copies of docket entries by U.S. Mail to counsel in this case. Counsel can register for a CM/ECF login password through the website at www.flmd.uscourts.gov under "CM/ECF."   Counsel must take the tutorial offered on the website before using the system.

Local counsel, Frank S. Harrison, Esq., fully assumes all responsibilities set forth in Local Rule 2.02, including responsibility for trial in default of the non-resident attorneys.   If local counsel is unwilling to assume all required responsibilities, a written designation and consent to act by another local attorney must be filed within ten days of the date of this order.

**DONE** and **ORDERED** in Ocala, Florida on December 29, 2015.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties