AO 458 (Rev. 06/09)  Appearance of Counsel

# United States District Court
### for the
Middle District of Florida

| | |
|---|---|
| ANITA MONTALBO | ) |
| *Plaintiff* | ) |
| v. | ) |
| KOHL'S DEPARTMENT STORES, INC. | ) |
| *Defendant* | ) |

Case No.   5:15-cv-00482-TJC-PRL

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Anita Montalbo

Date:     02/09/2016

*Attorney's signature*

Octavio Gomez #338620
*Printed name and bar number*

One Tampa City Center
201 N. Franklin St., 7th Floor
Tampa, FL 33602

*Address*

TGomez@forthepeople.com
*E-mail address*

(813) 223-5505
*Telephone number*

(813) 223-5402
*FAX number*