UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANITA MONTALBO,

    Plaintiff,

v.                                CASE NO.:  5:15-cv-482-Oc-32PRL

KOHL'S DEPARTMENT STORES, INC.,

    Defendant.

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following:

1. )   The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

Anita Montalbo, Plaintiff

William Peerce Howard, Esq., Counsel for Plaintiff

Amanda J. Allen, Esq., Counsel for Plaintiff

The Consumer Protection Firm, Plaintiff's counsel's law firm

Morgan & Morgan, P.A., co-counsel for Plaintiff

Frank Harrison, Esq., Counsel for Defendant

Michael Innes, Esq., Counsel for Defendant

Lauri A. Mazzuchetti, Esq., Counsel for Defendant

Kohl's Department Stores, Inc., Defendant

2.)	The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known.

3.)	The name of every other entity, which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known.

4.)	The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Anita Montalbo

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system this 8th day of March, 2016 to all parties of record.

*s/ William Peerce Howard*
William Peerce Howard, Esq.
Florida Bar No.:  0103330
THE CONSUMER PROTECTION FIRM
210-A South MacDill Avenue
Tampa, FL 33609
Telephone:  (813) 500-1500
Facsimile:  (813) 435-2369
Billy@TheConsumerProtectionFirm.com
Nancy@TheConsumerProtectionFirm.com
Attorney for Plaintiff