**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANITA MONTALBO,

    Plaintiff,

v.                                        CASE NO.: 5:15-cv-482-Oc-32PRL

KOHL'S DEPARTMENT STORES, INC.,

    Defendant.

**NOTICE OF CHANGE OF ADDRESS**

Attorney William Peerce Howard files this Notice of Change of Address in the above-captioned case. All future pleadings, memoranda, correspondence, orders, etc. shall be sent to:

    Law Firm:    The Consumer Protection Firm
                         210-A South MacDill Avenue
                         Tampa, FL 33609

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Change of Address was furnished via electronic filing this 8th day of March, 2016, to: frank.harrison@bipc.com; sabrina.storno@bipc.com; minnes@kelleydrye.com; and lmazzuchetti@kelleydrye.com.

                                              s/*William Peerce Howard*
                                              William Peerce Howard, Esquire
                                              Florida Bar No.: 0103330
                                              The Consumer Protection Firm
                                              210-A South MacDill Avenue
                                              Tampa, FL 33609
                                              Telephone: (813) 220-2954
                                              Billy@TheConsumerProtectionFirm.com
                                              Attorney for Plaintiff