**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

ANITA MONTALBO,

    Plaintiff,

v.                                                             Case No. 5:15-cv-482-Oc-32PRL

KOHL'S DEPARTMENT STORES, INC.,

    Defendant.

_____

## **ORDER**

Upon review and in accordance with 28 U.S.C. §636(b) and Local Rule 6.01(b), Defendant's Motion to Dismiss and/or to Strike Plaintiff's Claim for Punitive Damages (Doc. 10) is hereby **REFERRED** to the Honorable Philip R. Lammens, United States Magistrate Judge, for a report and recommendation regarding an appropriate resolution of the motion.

**DONE AND ORDERED** in Jacksonville, Florida, this 22nd day of April, 2016.

                                                                           TIMOTHY J. CORRIGAN
                                                                           United States District Judge

md.
Copies to:
Honorable Philip R. Lammens, United States Magistrate Judge
Counsel of Record