Monday, July 18, 2016 at 8:27:25 AM Eastern Daylight Time

**Subject:** Montalbo & Douglas v Kohls
**Date:** Wednesday, July 6, 2016 at 7:12:57 AM Eastern Daylight Time
**From:** Billy Howard
**To:** Innes, Michael
**CC:** Amanda J. Allen, Nancy Sauer

Mr. Innes,

In preparation for our 3.01g conference tomorrow I'd like to confirm a few points so there is no misunderstanding.

In the Montalbo case, our repeated requests for deposition dates of the collectors that spoke to Ms. Montalbo have been ignored. We expect those dates to be provided to us immediately. The same baseless cut and paste objections the defense has just been recently sanctioned for are continuing here and proper responses have not been provided. We expect dates and proper discovery responses by tomorrow. We can not accept anymore "we will talk to our client and get back to you" or "client is on vacation" excuses. We are prepared to file our motion to compel, asking for fees and appropriate sanctions and plan to do so immediately after our 3.01g tomorrow.

In the Douglas case, we plan to ask for attorney fees and appropriate sanctions for the failure to provide a proper corporate representative. In addition we expect a corporate representative will be produced on 7/12 and will be fully prepared to answer the area of inquiry without the nonsensical objections the have just recently been mentioned. Again, we can not accept anymore "we will talk to our client and get back to you" or "client is on vacation" or similar excuses. While I have over-tolerated this in the past I simply can not afford to do so in my client's best interest any longer. We are prepared to file our motion to compel and plan to do so immediately after our 3.01g tomorrow.

I hope your client chooses to begin to act in good faith and will immediately remedy their behavior

Sent from my iPad

On Jul 5, 2016, at 4:05 PM, Innes, Michael <MInnes@KelleyDrye.com> wrote:

> Billy,
>
> 10:30, 11, and 11:15 work for me.  Let me know which one works for you.  Thanks very much.
>
> Michael Innes
> Kelley Drye & Warren LLP
> (973) 503-5943 | minnes@kelleydrye.com

